# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA M. NEWELL,** | **DOCKET NO. 6:20-CV-1525** |
| **Plaintiff** | |
| v. | **JUDGE: ROBERT SUMMERHAYS** |
| **ACADIANA PLANNING COMMISSION, INC.,** | **MAGISTRATE: CAROL WHITEHURST** |
| **Defendant.** | |

## ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the parties' Stipulation of Dismissal, that the parties have resolved this case and agree that plaintiff's Complaint should be dismissed with prejudice, with each party to bear their own costs and fees.

IT IS, THEREFORE, ORDERED that plaintiff's Complaint is dismissed in its entirety with prejudice and further that each party shall bear their own costs and fees.

This 10th day February, 2023.

_____
UNITED STATES DISTRICT JUDGE